

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00588-CR

Nancy **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR5058
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: October 30, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal stating she desires to appeal the indictment against her. Courts of appeal have jurisdiction of an appeal by a criminal defendant only after a conviction or when an appeal is specifically authorized by statute. *See Skillern v. State*, 355 S.W.3d 262, 266–67 (Tex. App.—Houston [1st Dist.] 2011, pet. ref'd) (citing *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961)); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Gary v. State*, No. 04-14-00520-CR, 2014 WL 3930752, at *1 (Tex. App.—San Antonio Aug. 13, 2014, pet. ref'd) (mem. op., not designated for publication). We have found no

statute authorizing a criminal defendant to appeal an indictment. *See Gary*, 2014 WL 3930752, at *1.

On September 18, 2024, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has not responded to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH